IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTONIO SERNA,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | No. 3:26-CV-02624-K<br>(3:20-CR-00170-K-1) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The government advises the Court and all parties that this case has been reassigned to Assistant United States Attorney Lauren Murphree, who should be reflected as counsel of record for the United States of America.

Respectfully submitted,

Ryan Raybould
United States Attorney

*/s/ Lauren Murphree*

Lauren Murphree
Assistant United States Attorney
Texas State Bar No. 24085059
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7322
E-mail: lauren.murphree@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas. I also certify that a copy of this notice was sent to Antonio Serna, Register Number 04135-509, Forrest City FCI-Low-Camp, P.O. Box 8000, Forrest City, Arkansas 72336, by first-class mail.

*/s/ Lauren Murphree*
Lauren Murphree
Assistant United States Attorney