ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

FILED-USDC-NDTX-DA
'26 NOV 3 PM12:14

ANTONIO EDUARDO HUERTA SERNA, Movant, Pro Se

v.

UNITED STATES OF AMERICA, Respondent.

Civil Action No. 3:26-CV-02624-K
Related Criminal No. 3:20-CR-00170-K(01)

**NOTICE OF DUPLICATIVE RESPONSES AND REQUEST TO TREAT ECF NO. 7 AS OPERATIVE AND STRIKE ECF NO. 8**

**Use of Generative Artificial Intelligence**
Generative artificial intelligence was used to assist in preparing this notice.

Movant Antonio Eduardo Huerta Serna respectfully submits this limited notice and request concerning ECF Nos. 7 and 8, both docketed as responses to the Government's Motion to Dismiss (ECF No. 6).

**ECF No. 7 is Movant's correct, complete, and intended response.** It includes Movant's opposition, declaration, PTSD medical evidence, and the signed affidavits of Chalan Wyatt, Julia Diaz, and Maria Pendergrass.

Movant respectfully requests that the Court **treat ECF No. 7 as his sole operative opposition** to ECF No. 6 and **strike ECF No. 8 as a duplicative filing**, or, alternatively, **disregard ECF No. 8 when deciding ECF No. 6.**

This limited request does not present new claims, arguments, or evidence, and does not withdraw or waive any ground for relief raised in Movant's original section 2255 motion or supporting memorandum (ECF Nos. 1 and 3), or any evidence submitted with ECF No. 7.

Respectfully submitted,

Tony E. H. Serna

Antonio Eduardo Huerta Serna, Movant Pro Se
BOP No. 04135-509, FCI Forrest City Satellite Camp
P.O. Box 8000, Forrest City, AR 72336
Date signed: November 2, 2026

## CERTIFICATE REGARDING CONFERENCE

I am incarcerated and proceeding pro se. I have not been able to confer with Assistant United States Attorney Lauren C. Murphree about this limited docket clarification. The United States' position is unknown. To the extent this request is treated as a motion under Local Civil Rule 7.1, I understand that it may be presumed opposed.

## CERTIFICATE OF SERVICE BY DESIGNATED MAILER

I certify that on NOV 3, 2026, I mailed an identical copy of this Notice and Request, postage prepaid, through the United States Postal Service to the following address:

Lauren C. Murphree
Assistant United States Attorney
United States Attorney's Office
1205 Texas Avenue, Suite 700
Lubbock, TX 79401

______________________________
Signature of person who actually mailed the copy
Printed name: Julia L. Huerta
Date: 11/3/2026